# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Gerald Lee Cole,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                       3:10-cv-344

Lisa Bell ,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 30, 2010 Order.

Signed: November 30, 2010

Frank G. Johns, Clerk
United States District Court